IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02276-BNB

PAGE PENK,

    Plaintiff,

v.

TROY A. EIDS, United States Attorney, District of Colorado,

    Defendant.

---

## ORDER OF DISMISSAL

---

Plaintiff Page Penk has filed *pro se* a document titled "Emergency Complaint for Mandamus and Motion for John McCain Competency Hearing." For the reasons stated below, the complaint and the action will be dismissed.

Mr. Penk has been enjoined from filing *pro se* lawsuits in this Court without first obtaining leave of court to proceed *pro se*. *See Penk v. Huber*, No. 07-cv-00607-WYD-MEH (D. Colo. Oct. 4, 2007). In order to obtain permission to proceed *pro se*, Mr. Penk must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" and an affidavit that includes certain information specified in the sanction order. The "Emergency Complaint for Mandamus and Motion for John McCain Competency Hearing" filed by Mr. Penk does not comply with the requirements of the sanction order. Mr. Penk has not submitted all of the required documents and he has not provided all of the information specified in the sanction order. Accordingly, it is

ORDERED that the "Emergency Complaint for Mandamus and Motion for John McCain Competency Hearing" and the action are dismissed without prejudice because Plaintiff has failed to comply with the order enjoining him from filing *pro se* actions.

DATED at Denver, Colorado, this 28 day of Oct, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-02276-BNB

Page Penk
1304 S. Parker Road PH - 17
Denver, CO 80231

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/28/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk